STATE OF ILLINOIS     )                           SUMMONS
                      ) SS
COUNTY OF COOK        )
         IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    FOURTH MUNICIPAL DISTRICT

Jhave'll Moore Sr.,                    )
                                       )
    Plaintiff,                         )
                                       )
    vs.                                )   No.
                                       )
Village of Maywood, Maywood Police     )   Less than $100,000
Officers Diaz, Det #251, Officer Sean  )
Early #320, Officer Shemitraku,        )
Sgt. Pezdek, Officer Reilly,           )
Officer Adamides, Officer              )
Jarebakowski #313, Officer Cobos,      )
Police Officers Jane Does and          )
Police Officers John Does,             )
                                       )
    Defendants.                        )

2018400?410
CALENDAR/ROOM 0112
TIME 09:30
Tort not PI

return date
4/27/18

5/9/18
9:30 Maywood 112

Please serve:
Maywood Police Department
Det #251
125 S. 5th Avenue
Maywood, IL 60153

SUMMONS

To each defendant:

    YOU ARE SUMMONED and required:
1. To file your written appearance by yourself or your attorney and pay
the required fee in Room 236 in the Fourth Municipal Courthouse, 1300
Maybrook Drive, Maywood, IL 60153, at or before 9:00 a.m. on
4/27/18   ,2018.
2. To file your answer to the complaint in Room 236 as required by Par.
3(c) in the Notice to Defendant.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR
THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.
To the officer:
    This summons must be returned by the officer or other person to whom
it was given for service, with endorsement of service and fees, if any,
immediately after service and not less than 3 days before the day for
appearance.  If service cannot be made, this summons shall be returned so
endorsed.  This summons may not be served later than 3 days before the day
of appearance.

```
                                    WITNESS,. . . . . . . . . . . ,2018

                                    . . . . . . . . . . . . . . .
                                           Clerk of Court
Karen M. Mondry                     Date of service:. . . . . . ,2018
Attorney for Plaintiff              (To be inserted by officer on copy
1300 Maybrook Square                left with defendant or other
Maywood, Illinois 60153             person)
(708)343-6000
#31028

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,IL
```

STATE OF ILLINOIS     )                              SUMMONS
                      ) SS
COUNTY OF COOK        )
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                   FOURTH MUNICIPAL DISTRICT

Jhave'll Moore Sr.,                    )
                                       )
    Plaintiff,                         )
                                       )
    vs.                                ) No.
                                       )
Village of Maywood, Maywood Police     ) Less than $100,000
Officers Diaz, Det #251, Officer Sean  )
Early #320, Officer Shemitraku,        )
Sgt. Pezdek, Officer Reilly,           )
Officer Adamides, Officer              )
Jarebakowski #313, Officer Cobos,      )
Police Officers Jane Does and          )
Police Officers John Does,             )
                                       )
    Defendants.                        )

*[handwritten: return date 4/27/18; 5/9/18 9:30 Maywood 112]*

*[stamp: 20184002410 CALENDAR/ROOM 0112 TIME 09:30 Tort not PI]*

Please serve:
Maywood Police Department
Det #251
125 S. 5th Avenue
Maywood, IL 60153

                          SUMMONS
To each defendant:

        YOU ARE SUMMONED and required:
1. To file your written appearance by yourself or your attorney and pay
the required fee in Room 236 in the Fourth Municipal Courthouse, 1300
Maybrook Drive, Maywood, IL 60153, at or before 9:00 a.m. on
_____4/27/18_____, 2018.
2. To file your answer to the complaint in Room 236 as required by Par.
3(c) in the Notice to Defendant.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR
THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.
To the officer:
        This summons must be returned by the officer or other person to whom
it was given for service, with endorsement of service and fees, if any,
immediately after service and not less than 3 days before the day for
appearance. If service cannot be made, this summons shall be returned so
endorsed. This summons may not be served later than 3 days before the day
of appearance.

```
                                    WITNESS,. . . . . . . . . . ,2018

                                    . . . . . . . . . . . . . . . . .
                                           Clerk of Court
Karen M. Mondry                     Date of service:. . . . . . ,2018
Attorney for Plaintiff              (To be inserted by officer on copy
1300 Maybrook Square                left with defendant or other
Maywood, Illinois 60153             person)
(708)343-6000
#31028
```

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,IL

Civil Rights Maywood (Moore)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
FOURTH MUNICIPAL DISTRICT MUNICIPAL

| | | |
|---|---|---|
| Jhave'll Moore Sr., | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. |
| Village of Maywood, Maywood Police Officers Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Police Officers Jane Does and Police Officers John Does, | ) | Less than $100,000 |
| Defendants. | ) | |

## COMPLAINT AT LAW

Now comes the Plaintiff, Jhave'll Moore Sr., by his Attorneys, Mondry & Mondry, Attorneys at Law, and complaining of the defendants, Village of Maywood, Maywood Police Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does, states as follows:

### COUNT I

1. The plaintiff, Jhave'll Moore Sr., at all times relevant herein is a resident of the Village of Maywood, County of Cook and State of Illinois.

2. Upon information and belief, the defendant, Diaz, a Police Officer for the Maywood Police Department, is a resident of County of

Cook and State of Illinois.

3. That on or about April 24, 2017, the plaintiff, Jhave'll Moore Sr., was lawfully inside his grandfather's residence located at 2128 S. 9th Avenue, Maywood, Cook County, Illinois.

4. That at said time and place, Diaz, a Police Officer for the Village of Maywood Police Department, was acting as a Police Officer for the Maywood Police Department.

5. The plaintiff, Jhave'll Moore Sr., while lawfully within the residence as aforesaid, was ordered and placed on the floor, handcuffed behind his back and brutally kicked in the mouth and battered about his body by Officer Diaz, a Police Officer for the Maywood Police Department.

6. At this time and at all relevant times prior to this occurrence, the plaintiff did nothing to incite or cause this wrongful attack by the defendant, Diaz, a Police Officer for the Village of Maywood.

7. This wrongful attack was willful and malicious.

8. As a result of this wrongful attack and battering, the plaintiff suffered great anxiety and physical and emotional distress. Plaintiff incurred substantial expenses for the medical care and treatment of these injuries.

WHEREFORE, the plaintiff, Jhave'll Moore Sr., prays for judgment against the defendant, Diaz, a Police Officer for the Maywood Police Department, in a sum less than One Hundred Thousand ($100,000.00) Dollars and his attorney's fees and costs of suit pursuant to the Civil Code of Procedure, Illinois Revised Statutes, 1982, Chapter 110.

## COUNT II

1. This count is plaintiff's claim against the defendant, Diaz, a Police Officer for the Maywood Police Department.

2. This count is brought pursuant to the laws of the United States Constitution, specifically, Title 42, U.S.C. Sections 1983 and 1988 and the laws of the State of Illinois to redress deprivations of civil rights of the plaintiff accomplished by the acts of this defendant committed under the color of law.

3. The defendant, Diaz, a Police Officer for the Maywood Police Department, is and at all time relevant herein was employed as a police officer for the Village of Maywood Police Department.

4. Under the rules and regulations of the Village of Maywood Police Department, its officers are vested with the authority of their office at all times.

5. At all times relevant herein, the defendant, Diaz, a Police Officer for the Maywood Police Department, was operating under the color of law and within the scope of his employment as a police officer for the Village of Maywood.

6. On April 24, 2017, Diaz, a Police Officer for the Maywood Police Department, (after placing the plaintiff face down on the floor and handcuffing him behind his back,) kicked the plaintiff, Jhave'll Moore Sr., in his mouth and battered him and thereupon caused this plaintiff to incur severe and permanent physical injuries. As a result of the injuries inflicted by this defendant, the plaintiff, Jhave'll Moore Sr., was caused to expend substantial monies for medical care and treatment and will incur extensive expenses for medical care and treatment in the future.

7. As a result of the attack upon the plaintiff by defendant, Diaz, a Police Officer for the Maywood Police Department, the plaintiff suffered the loss of other civil rights guaranteed by the laws of the Constitution of the United States and of the State of Illinois.

8. The above mentioned kicking and battering of the plaintiff by the defendant, Diaz, a Police Officer for the Maywood Police Department, was unprovoked by the plaintiff.

9. This kicking and battering by the defendant, Diaz, a Police Officer for the Maywood Police Department, was wilful and reckless and performed with the intent to cause serious injury upon the plaintiff.

WHEREFORE, Plaintiff, Jhave'll Moore Sr., prays for judgment against the defendant, Diaz, a Police Officer for the Maywood Police Department, in his capacity as a police officer in a sum less than One Hundred Thousand ($100,000.00) Dollars and other damages deemed fit and proper under the applicable provisions of the United States Constitution, the State of Illinois Constitution and the applicable rules of the Illinois Code of Civil Procedure.

### COUNT III

1. This count is plaintiff's claim against Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does, for false arrest, false imprisonment and malicious prosecution under the laws of the State of Illinois.

2. That on April 24, 2017, the defendants, Officer Diaz, Det

#251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does, falsely and maliciously and without any reasonable or probable cause whatsoever, but with intent to injure plaintiff, Jhave'll Moore Sr.'s good name, and to bring him into public scandal and disgrace, and to cause plaintiff to be deprived of his liberty, did in the presence of one or more police officers of the Village of Maywood, charge and accuse plaintiff with committing the offense of possession of a controlled substance in violation of the Illinois Revised Statutes.

3. The defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers did thereafter cause the plaintiff to be wrongfully held and detained in the custody of the Maywood Police Department. This detention was without merit and against the will of the plaintiff, Jhave'll Moore Sr.

4. The defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers did thereafter cause the plaintiff, Jhave'll Moore Sr., to be wrongfully prosecuted for the charges of Resisting

Arrest and Harboring a Runaway in the Circuit Court of Cook County. During this prosecution, these defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers, continued to wrongfully accuse the plaintiff, render false testimony against him and did otherwise pursue a wrongful and wilful prosecution against the plaintiff and did thereby abuse the court procedures in the Circuit Court of Cook County.

5. In their actions which resulted in the false arrest and malicious prosecution of the plaintiff, Jhave'll Moore Sr., the defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers, were aided by other members of the Maywood Police Department.

6. This activity by the Defendants was initiated to obfuscate and prejudice Plaintiff's claim against these police officers for their wrongful kicking and battering of the Plaintiff as described in Count I of this Complaint.

7. This activity by the defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does

acting as Maywood Police Officers and other members of the Maywood Police Department occurred within the expressed or implied rules of conduct promulgated by the Maywood Police Department.

8. The plaintiff, Jhave'll Moore Sr., was not guilty of the charges wrongfully placed against him and prosecuted by these defendants against him.

9. On or about September 13, 2017, at the Maybrook Courthouse in courtroom 106, the criminal case against the plaintiff, Jhave'll Moore Sr., was set for trial and on that date and time the State dismissed the criminal cases against him and a motion state nolle proseque was entered by the sitting Judge of the Circuit Court of Cook County.

10. By reason of the false arrest, false imprisonment and malicious prosecution performed by the defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers and other members of the Maywood Police Department and the Village of Maywood, the plaintiff, Jhave'll Moore Sr., has been greatly injured. By reason of the foregoing wrongful acts of these defendants, the plaintiff has suffered anxiety and pain of body and mind and has been obligated to pay out and did pay out large sums of money in order to defend himself from these charges wrongfully placed against him.

WHEREFORE, Plaintiff, Jhave'll Moore Sr., prays for judgment

against the Defendants, Officer Diaz, Det #251, Officer Sean Early #320, Officer Shemitraku, Sgt. Pezdek, Officer Reilly, Officer Adamides, Officer Jarebakowski #313, Officer Cobos, Maywood Police Officers Jane Does and Maywood Police Officers John Does acting as Maywood Police Officers and other members of the Maywood Police Department and the Village of Maywood and each of them, in a sum less than ONE HUNDRED THOUSAND ($100,000.00) DOLLARS and his costs of suit pursuant to Chapter 110 of the Illinois Code of Civil Procedure, Illinois Revised Statutes, 1982.

_____
KAREN M. MONDRY, esq.
Attorney for Plaintiff

MONDRY & MONDRY, ATTORNEYS AT LAW
MONDRY BUILDING
1300 Maybrook Square
Maywood, Illinois 60153
Phone: 708-343-6000
Cook County Attorney No. 31028
Email: karen@mondryandmondrylaw.com

Order/Trial Call (05/03/13) CCM N346

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## __4__ MUNICIPAL DISTRICT

Jhave'll Moore Sr
v.
Village of Maywood

No. 20184002410

LINE NO. _____

## TRIAL CALL ORDER

Present before the Court: ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Plaintiff(s)' Counsel  ☐ Defendant(s)' Counsel

THIS MATTER having come before the Court, the Court having jurisdiction and being fully advised,

**IT IS HEREBY ORDERED:**

- 4213 ☐ Alias Summons to Issue for _____
- 4292 ☐ Amended Complaint or Petition - Allowed _____
- 4295 ☐ Close Discovery - Allowed _____
- 4235 ☐ File Counterclaim or Cross Complaint - Allowed _____
- 4234 ☐ File Appearance or Jury Demand Answer or Plead Allowed _____
- 4219 ☒ Defendants Village of Maywood et al. ors is defaulted because Defendants
  ☒ Failed to File an Appearance and/or ☒ Failed to File an Answer and the cause is set for
- 4247 ☒ PROVE-UP on __6/19__, 2018 at __9:30__ a.m./p.m. in Room 112
- 4406 ☐ Set for STATUS. All parties must appear _____, _____ at _____ a.m./p.m. Room _____
- 4482 ☐ Set for TRIAL on _____, _____ at _____ a.m./p.m. Room _____
- 8005 ☐ Case Dismissed for Want of Prosecution
- 8011 ☐ Case Dismissed by Agreement of Parties/No Cost  ☐ With  ☐ Without Prejudice
- 8031 ☐ Default Judgment for Plaintiff for $ _____ v. _____ (Defendant)
  Defendant having been defaulted because Defendant ☐ Failed to File an Appearance ☐ Failed to File an Answer
- 8001 ☐ Judgment for Plaintiff after trial for $ _____ with costs assessed v. _____ (Defendant)
- 4293 ☐ Assess Costs - Allowed
- 8002 ☐ Judgment for Defendant _____ after trial
- 9207 ☐ it being further agreed that installment payments be made as follows: _____
- ( ) _____
- 9208 ☐ Order Final and Appealable
- ( ) ☐ See Attached Order: _____
- 4304 The date of _____ is hereby stricken.

Atty. No.: 31028
Name: Karen Monly
Attorney for: π
Address: 1300 Maybrook
City/State/Zip Code: Maywood IL 60153
Telephone: 708-343-6000

ENTERED:
Dated: _____

[STAMP: ENTERED JUDGE ROBIN D. SHOFFNER-2138 MAY 09 2018 DOROTHY BROWN CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IL / DEPUTY CLERK]

Judge _____  Judge's No. _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Copy Distribution - White: 1. ORIGINAL - COURT FILE  Canary: 2.  Pink: 3. COPY